# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No. 2:18-mn-2873-RMG |

### SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs, named herein through Exhibit A, file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35. This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court. Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35. Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

1

## Plaintiffs

1. Plaintiffs, listed in attached Exhibit A, allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information, listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY (f/k/a Minnesota Mining and Manufacturing Company) |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX CORPORATION |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 7 | CARRIER GLOBAL CORPORATION |
| Defendant 8 | CHEMDESIGN PRODUCTS, INC |
| Defendant 9 | CHEMGUARD INC. |
| Defendant 10 | CHEMICALS, INC. |
| Defendant 11 | CHEMOURS COMPANY FC, LLC |
| Defendant 12 | CHUBB FIRE, LTD |
| Defendant 13 | CLARIANT CORP |
| Defendant 14 | CORTEVA, INC |
| Defendant 15 | DEEPWATER CHEMICALS, INC |

| | |
|---|---|
| Defendant 16 | DU PONT DE NEMOURS INC (f/k/a DOWDUPONT INC.) |
| Defendant 17 | DYNAX CORPORATION |
| Defendant 18 | E.I. DU PONT DE NEMOURS AND COMPANY |
| Defendant 19 | KIDDE PLC |
| Defendant 20 | NATION FORD CHEMICAL COMPANY |
| Defendant 21 | NATIONAL FOAM INC |
| Defendant 22 | THE CHEMOURS COMPANY |
| Defendant 23 | TYCO FIRE PRODUCTS LP |
| Defendant 24 | UNITED TECHNOLOGIES CORPORATION |
| Defendant 25 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. (f/k/a GE Interlogix, Inc.) |

**Jurisdiction and Venue**

4.  Plaintiff alleges jurisdiction based on:

>   Diversity
>
>   Federal Question
>
>   The "Mass Action" provisions of the Class Action Fairness Act
>
>   ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)
>
>   Other:_____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

**Plaintiff's Allegations of Exposure**

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
- Exposure to turnout gear ("TOG") containing PFAS.

**Plaintiff's Alleged Injuries**

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

   Kidney Cancer
   Testicular Cancer
   Thyroid Disease
   Ulcerative Colitis
   Liver Cancer
   Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff, listed in Exhibit A, adopts and alleges such Causes as indicated on Exhibit A:

 Count I – Defective Design
 Count II – Failure to Warn
 Count III – Negligence
 Count IV – Negligence Per Se
 Count V – Trespass and Battery
 Count VI – Strict Product Liability
 Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
 Count VIII – Concealment, Misrepresentation, and Fraud
 Count IX – Conspiracy
 Count X – Wrongful Death
 Count XI – Loss of Consortium

 <u>Other Causes of Action:</u>
 Count XII – _____
 Count XIII – _____
 Count XIV – _____
 Count XV – _____
 Count XVI – _____
 Count XVII – _____
 Count XVIII – _____
 Count XIX – _____
 Count XX – _____
 Others
 _____
 _____
 _____

## **Jury Demand**

10. Plaintiffs demand a trial by jury as to all claims in this action.

Date:_____09/04/2025_____

Respectfully Submitted,

The ClaimBridge PLLC

/s/:_____*signature*_____

Michael A. Hochman Esq. 5411

McPherson Rd Ste. 110 Laredo, Texas

78041 Telephone: (956) 704-5187

Facsimile: (956) 368-1343

Attorney for Plaintiffs

**Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation , MDL 287**

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Yenko, William E. OBO Yenko, Janet K. | 04/08/1954 | CO | District of Colorado | No | Yes | No | Liver Cancer | Counts I-XI |
| 2. | Yankovitch, Deborah Lynn OBO Yankovitch, Michael Francis | 04/16/1961 | PA | Western District of Pennsylvania | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 3. | Yankovitch, Deborah Lynn | | PA | Western District of Pennsylvania | | | | | Count XI |
| 4. | Williams, William T. | 11/03/1950 | MS | Southern District of Mississippi | No | Yes | No | Kidney Cancer | Counts I-XI |
| 5. | Williams, Burton-Harris Vivian J. | 02/10/1960 | TX | Southern District of Texas | No | Yes | No | Thyroid Disease, Pregnancy Induced Hypertension | Counts I-XI |
| 6. | Wicks, Keonna K. | 06/14/1993 | MA | District of Massachusetts | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 7. | White, Danny R. | 11/27/1958 | GA | Northern District of Georgia | No | Yes | No | Testicular Cancer | Counts I-XI |
| 8. | Warddrip, Riley L. | 11/04/1950 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 9. | Warddrip, Judy Kay | | FL | Middle District of Florida | | | | | Count XI |
| 10. | Wagner, Sharon K. | 10/31/1942 | AL | Southern District of Alabama | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 11. | Wagner, Joseeh L | | AL | Southern District of Alabama | | | | | Count XI |
| 12. | Valencia, Maria C. | 04/16/1958 | IL | Northern District of Illinois | No | Yes | No | Liver Cancer | Counts I-XI |
| 13. | Valencia, Eduardo | | IL | Northern District of Illinois | | | | | Count XI |
| 14. | Underwood, Stephen Andrew | 10/14/1981 | PA | Western District of Pennsylvania | No | Yes | No | Thyroid Disease, Ulcerative Colitis | Counts I-XI |
| 15. | Turnage, William V. | 09/11/1974 | LA | Western District of Louisiana | No | Yes | No | Thyroid Disease | Counts I-XI |
| 16. | Turnage, Theresa | | LA | Western District of Louisiana | | | | | Count XI |
| 17. | Tucker, Willie J. | 06/05/1969 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 18. | Ford, Meme | | GA | Northern District of Georgia | | | | | Count XI |
| 19. | Thomas, Melita M. | 08/09/1949 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 20. | Thomas, William | | TX | Western District of Texas | | | | | Count XI |
| 21. | Thomas, Bryan E. | 11/20/1977 | IL | Southern District of Illinois | No | Yes | No | Kidney Cancer | Counts I-XI |
| 22. | Tackett, Bert A. | 412219925 | MS | Northern District of Mississippi | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 23. | Tackett, Debbie J. | | MS | Northern District of Mississippi | | | | | Count XI |
| 24. | Steinman, Mary J. | 05/13/1950 | CA | Central District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 25. | Sparks, David W. | 02/24/1975 | KY | Eastern District of Kentucky | No | Yes | No | Kidney Cancer | Counts I-XI |
| 26. | Sparks, Melanie | | KY | Eastern District of Kentucky | | | | | Count XI |
| 27. | Smith, Boomer JD | 03/21/1984 | IA | Southern District of Iowa | No | Yes | No | Kidney Cancer | Counts I-XI |
| 28. | Sheppard, Edith D. | 03/09/1961 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 29. | Shack Sr., Eric V. | 12/09/1959 | AL | Southern District of Alabama | No | Yes | No | Liver Cancer | Counts I-XI |
| 30. | Saunders Jr., Kenneth R. | 09/19/1954 | OR | District of Oregon | No | Yes | No | Kidney Cancer | Counts I-XI |
| 31. | Sanford, Blake L. | 02/07/1953 | CA | Southern District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 32. | Rosier, Miradieu | 04/21/1977 | FL | Southern District of Florida | No | Yes | No | Liver Cancer | Counts I-XI |
| 33. | Rose, Michael L. | 01/16/1949 | ID | District of Idaho | Yes | Yes | No | Kidney Cancer | Counts I-XI |
| 34. | Rope Jr., John F. | 09/11/1956 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 35. | Roper, Annie | | NC | Eastern District of North Carolina | | | | | Count XI |
| 36. | Rook, Kolby J. | 03/01/1972 | MO | Western District of Missouri | No | Yes | No | Kidney Cancer | Counts I-XI |
| 37. | Rivera, Evangelina V. | 12/13/1980 | CA | Eastern District of California | No | Yes | No | Thyroid Disease, Pregnancy Induced Hypertension, Liver Cancer, Testicular Cancer | Counts I-XI |
| 38. | Rico Solis, Antonio | 03/06/1966 | WA | Western District of Washington | No | Yes | No | Kidney Cancer, Brain cancer | Counts I-XI |
| 39. | Reif, Carrie D. | 01/22/1957 | MO | Western District of Missouri | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 40. | Probst, James B. | 10/22/1947 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 41. | Probst, Victoria Ann | | TX | Southern District of Texas | | | | | Count XI |
| 42. | Pienkiwski, Bartlomiej | 07/23/1991 | NC | Western District of North Carolina | No | Yes | No | Testicular Cancer | Counts I-XI |
| 43. | Pienkowski, Gina | | NC | Western District of North Carolina | | | | | Count XI |
| 44. | Patton, Tina N. | 05/07/1963 | CA | Eastern District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 45. | Patton, Michael C. | 08/14/1965 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 46. | Patton, Tina N. | | OH | Southern District of Ohio | | | | | Count XI |
| 47. | O'Donnell, Brandon Patrick | 09/25/1997 | OH | Northern District of Ohio | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 48. | Mullen, Jill L. - OBO Flinchem, Tina Claire M. | 09/12/1962 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 49. | Moss, Michael L. | 01/01/1969 | IA | Southern District of Iowa | No | Yes | No | Kidney Cancer | Counts I-XI |
| 50. | Mobley, Stephen A. | 03/13/1969 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 51. | Mizhir, Jason | 10/15/1972 | FL | Middle District of Florida | No | Yes | No | Thyroid Disease, Ulcerative Colitis, Liver Cancer | Counts I-XI |
| 52. | Miller, Matt | 09/11/1962 | OK | Eastern District of Oklahoma | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 53. | Miles, Rhonda Lee | 10/06/1957 | WV | Southern District of West Virginia | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 54. | Means, Lafay A | 06/12/1960 | GA | Middle District of Georgia | No | Yes | No | Kidney Cancer, High Cholesterol, Pregnancy Induced Hypertension | Counts I-XI |
| 55. | Mcphail, Willard D. | 02/08/1954 | NY | Southern District of New York | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 56. | Mcduffie, Gerald A. | 09/18/1974 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 57. | Mcduffie, Felicia R. | | NC | Eastern District of North Carolina | | | | | Count XI |
| 58. | McDougal, Leroy Lane | 04/19/1957 | AL | Northern District of Alabama | No | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |

| # | Name | DOB | State | District | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Matson, Kathleen P. | 09/13/1967 | MO | Western District of Missouri | No | Yes | No | Thyroid Disease | Counts I-XI |
| 60. | Massa, Brittany A | 11/15/1985 | MT | District of Montana | No | Yes | No | Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 61. | Marquez, Manuel | 11/02/1960 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 62. | Marquez, Marlene F. | | TX | Southern District of Texas | | | | | Count XI |
| 63. | Manuel, Cubert J. | 10/02/1964 | MS | Northern District of Mississippi | No | Yes | No | Liver Cancer, High Cholesterol | Counts I-XI |
| 64. | Mann, Bobby Joe | 07/13/1931 | AL | Northern District of Alabama | No | Yes | No | Kidney Cancer | Counts I-XI |
| 65. | Mann, Mary Francis | | AL | Northern District of Alabama | | | | | Count XI |
| 66. | Maiden, Berry N. | 02/04/1955 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 67. | Maden, Sheila | | AZ | District of Arizona | | | | | Count XI |
| 68. | Maamo, Nader | 06/17/1965 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 69. | Maamo, Jennifer | | CA | Eastern District of California | | | | | Count XI |
| 70. | Lyons, Jeffrey P. | 09/09/1955 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 71. | Lyons, Deborah | | NJ | District of New Jersey | | | | | Count XI |
| 72. | Lutz, Gregory J. | 12/09/1956 | KS | District of Kansas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 73. | Lutz, Marci | | KS | District of Kansas | | | | | Count XI |
| 74. | Lund, Craig LeRoy | 07/17/1948 | CO | District of Colorado | No | Yes | No | Kidney Cancer, Bladder Cancer, Prostate Cancer | Counts I-XI |
| 75. | Littlefield, Cherrie R. | 07/31/1969 | ME | District of Maine | No | Yes | No | Thyroid Disease | Counts I-XI |
| 76. | Lewis, Jaime A. | 03/15/1948 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 77. | Lemoine, Robin K. | 02/20/1973 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 78. | Lemoine, Brad | | TX | Eastern District of Texas | | | | | Count XI |
| 79. | Laboccetta, Theresa A. | 08/07/1960 | NY | Southern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 80. | Korin, Kenneth B. | 01/19/1963 | MA | District of Massachusetts | No | Yes | No | Kidney Cancer | Counts I-XI |
| 81. | Knowles, Shari J. | 07/25/1950 | VA | Western District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 82. | Klezun, Jeffrey T. | 04/13/1976 | FL | Middle District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 83. | Acevedo, Eunice | | FL | Middle District of Florida | | | | | Count XI |
| 84. | Jones, Thomas J. | 09/16/1977 | AL | Southern District of Alabama | No | Yes | No | Testicular Cancer | Counts I-XI |
| 85. | Jones, Shandi | | AL | Southern District of Alabama | | | | | Count XI |
| 86. | Jones, Rickey L. | 11/21/1956 | OH | Southern District of Ohio | No | Yes | No | Testicular Cancer | Counts I-XI |
| 87. | Jackson, Deborah | 08/10/1964 | PA | Western District of Pennsylvania | No | Yes | No | Kidney Cancer, Thyroid Cancer | Counts I-XI |
| 88. | Hynes, Michael S. | 07/20/1956 | CA | Northern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 89. | Zhang, Mingxian | | CA | Northern District of California | | | | | Count XI |
| 90. | Hurst, Donna | 12/12/1951 | AL | Middle District of Alabama | No | Yes | No | Kidney Cancer, Thyroid Disease, Thyroid Cancer | Counts I-XI |
| 91. | Humphries, Mark H. | 05/14/1979 | PA | Middle District of Pennsylvania | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 92. | Howard, Roland E. | 08/19/1956 | CA | Northern District of California | Yes | No | No | Kidney Cancer | Counts I-XI |
| 93. | Horton, Carolyn | 01/07/1956 | GA | Northern District of Georgia | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 94. | Holsey, Bryan De Mario | 09/30/1986 | CA | Central District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 95. | Holsey, Leara | | CA | Central District of California | | | | | Count XI |
| 96. | Hoag, Andrew L. | 06/09/1976 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 97. | Hendrington Deaner, Crystal I. | 04/25/1964 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 98. | Henderson, Connie S. | 07/11/1943 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 99. | Hassan, Johnnie M. | 05/20/0954 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 100. | Hart, Dixie D. | 12/21/1951 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 101. | Hammond, Valencia P. | 09/27/1960 | FL | Middle District of Florida | No | Yes | No | Kidney Cancer, Pregnancy Induced Hypertension | Counts I-XI |
| 102. | Green, Vernon James | 02/26/1946 | OR | District of Oregon | Yes | No | No | Kidney Cancer | Counts I-XI |
| 103. | Green, Linda Faye | | OR | District of Oregon | | | | | Count XI |
| 104. | Grassa, Mark | 10/22/1979 | MA | District of Massachusetts | No | Yes | No | Testicular Cancer, High Cholesterol | Counts I-XI |
| 105. | Grassa, Lydia | | MA | District of Massachusetts | | | | | Count XI |
| 106. | Graham, Dwain Montgomery | 11/06/1964 | AZ | District of Arizona | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 107. | Gonzales, Manuel | 04/22/1956 | OK | Western District of Oklahoma | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 108. | Gonzales, Abigail | | OK | Western District of Oklahoma | | | | | Count XI |
| 109. | Godsey, Bobby S. | 12/15/1960 | AL | Middle District of Alabama | No | Yes | No | Liver Cancer | Counts I-XI |
| 110. | Godsey, Judi | | AL | Middle District of Alabama | | | | | Count XI |
| 111. | Gipson, Rosie F. | 06/17/1952 | LA | Western District of Louisiana | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 112. | Gant, Terry Lee | 09/21/1963 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 113. | Fulgham, Shawn J. | 08/28/1973 | VA | Eastern District of Virginia | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 114. | Fuchs, Shauna Renea OBO Lane, James Edward | 07/12/1950 | TX | Western District of Texas | No | Yes | No | Kidney Cancer, Colon Cancer | Counts I-XI |
| 115. | Frost, Steven R. | 06/23/1930 | AZ | District of Arizona | No | Yes | No | Kidney Cancer | Counts I-XI |
| 116. | Frost, Penelope | | AZ | District of Arizona | | | | | Count XI |
| 117. | Fletcher, Shelley Diane | 02/20/1972 | CA | Eastern District of California | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol, Liver Cancer, Thyroid Cancer | Counts I-XI |
| 118. | Flanagan, Rachel | 09/16/1971 | CO | District of Colorado | No | Yes | No | Thyroid Disease | Counts I-XI |
| 119. | Flanagan, Derek | | CO | District of Colorado | | | | | Count XI |
| 120. | Fitch, Esther L. | 05/28/1954 | AR | Eastern District of Arkansas | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 121. | Fisher, Robert D. | 12/07/1956 | WV | Northern District of West Virginia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 122. | Fishel, William | 04/07/1958 | IN | Northern District of Indiana | No | Yes | No | Testicular Cancer | Counts I-XI |
| 123. | Fishel, Linda | | IN | Northern District of Indiana | | | | | Count XI |
| 124. | Fallon, Brenda L. | 11/01/1961 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I-XI |
| 125. | Ervin, Lyda M. | 02/06/1968 | FL | Northern District of Florida | No | Yes | No | Kidney Cancer, Thyroid Cancer | Counts I-XI |
| 126. | Epps, Pauletta | 05/25/1961 | MI | Eastern District of Michigan | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 127. | Elias, Brian K. | 07/09/1969 | CA | Northern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 128. | Edwards, Alvin Everidge Jr. | 03/13/1953 | CA | Eastern District of California | No | Yes | No | High Cholesterol, Prostate Cancer, Thyroid Cancer, Thyroid Disease | Counts I-XI |
| 129. | Dunaway Jr., John P. | 04/23/1959 | OH | Southern District of Ohio | No | Yes | No | Thyroid Disease, Kidney Cancer | Counts I-XI |
| 130. | DiPaola, Salvatore | 06/08/1942 | CA | Eastern District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 131. | Dillon, Kathleen M. | 03/08/1949 | IL | Southern District of Illinois | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 132. | Davis, Robert Jr. | 04/08/1963 | OH | Southern District of Ohio | Yes | Yes | No | Kidney Cancer, High Cholesterol, Prostate Cancer, Colon Cancer | Counts I-XI |
| 133. | Davis, Donna L. | | OH | Southern District of Ohio | | | | | Count XI |
| 134. | Davis, James F. | 09/18/1944 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 135. | Davis, Alice L. | | | MI | Eastern District of Michigan | | | | Count XI |
| 136. | Davis, Edward O'Neal | 08/14/1958 | CA | Southern District of California | No | Yes | No | Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 137. | Danna, Vincent S. | 05/07/1965 | CA | Northern District of California | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 138. | Danna, Sheryl | | CA | Northern District of California | | | | | Count XI |
| 139. | Crutcher, Sterling T. | 07/01/1968 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 140. | Littles, Margret | | MI | Eastern District of Michigan | | | | | Count XI |
| 141. | Crouch, Tracey Lea | 04/11/1970 | OH | Southern District of Ohio | No | Yes | No | Kidney Cancer, High Cholesterol | Counts I-XI |
| 142. | Crouch, Chino | | OH | Southern District of Ohio | | | | | Count XI |
| 143. | Creighton, Michele | 02/07/1966 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 144. | Newman, William J. | | MI | Eastern District of Michigan | | | | | Count XI |
| 145. | Cope, Billy Carl | 08/27/1974 | CA | Central District of California | Yes | Yes | No | Thyroid Disease, High Cholesterol | Counts I-XI |
| 146. | Cook, Joseph III R. | 08/11/1982 | MO | Western District of Missouri | No | Yes | No | Testicular Cancer | Counts I-XI |
| 147. | Cook, Edna E. | 12/22/1959 | CA | Eastern District of California | No | Yes | No | Kidney Cancer, Thyroid Disease, High Cholesterol | Counts I-XI |
| 148. | Chancey, Douglass L. | 11/27/1981 | CA | Southern District of California | No | Yes | No | Kidney Cancer, Thyroid Disease, Ulcerative Colitis, High Cholesterol | Counts I-XI |
| 149. | Catalano, Karen | 11/14/1954 | AZ | District of Arizona | No | Yes | No | Liver Cancer | Counts I-XI |
| 150. | Castro, Mario | 01/27/1954 | TX | Southern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |